*JS-6*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-603-GHK (JCx) | Date | March 28, 2011 |
|---|---|---|---|
| Title | *Maria Teresa Lemus v. Subtrust Mortgage Inc, et al.* | | |

| Presiding: The Honorable | GEORGE H. KING, U. S. DISTRICT JUDGE | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

None                                 None

**Proceedings:**   **(In Chambers)** Order re: Plaintiff's Failure to Respond to the Court's Order to Show Cause

On March 9, 2011, we ordered Plaintiff Maria Teresa Lemus ("Plaintiff") to show cause why the above-captioned action should not be dismissed for failure to prosecute. A review of the docket indicates that Plaintiff has not filed any response to our Order to Show Cause ("OSC"). In our OSC, we cautioned that if Plaintiff failed to timely respond, we would deem such failure as Plaintiff's abandonment of the action. Having considered all relevant factors, we conclude that dismissal is appropriate because Plaintiff has effectively abandoned this action and ceased communication with the Court. Under these circumstances, no lesser sanction is appropriate. Accordingly, this action is dismissed for Plaintiff's failure to diligently prosecute and for her failure to comply with our Order.

**IT IS SO ORDERED.**

:
Initials of Deputy Clerk   IR for  Bea